IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : | |
| Plaintiff, | : | Civil Action No. 8:25-cv-2591 |
| v. | : | |
| SITEK CORPORATION 401(K) PROFIT SHARING PLAN, and ARULASANAM K. THILAGAR, | : : | |
| Defendants. | : | |

**UNOPPOSED MOTION TO STAY PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS**

Plaintiff, the Secretary of Labor, United States Department of Labor (the "Secretary") respectfully requests that the Court stay proceedings in this matter, including extending any applicable deadlines. As grounds for this motion, the Secretary states as follows:

1. This matter is currently pending before the Court and the Secretary is the plaintiff. The undersigned represents the Secretary in this matter and is responsible for all filings and other actions.

2. At the end of the day on September 30, 2025, appropriated funding for the Department of Labor and its subagencies lapsed. At this time, we do not know when Congress will restore funding.

3. As a result of the lapse in appropriations, Department of Labor attorneys in the Solicitor's Office (including the undersigned) are prohibited from doing work, even on a voluntary basis, "exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. This exception "does not include

1

ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. In light of the foregoing, the Secretary respectfully requests that the Court stay all proceedings in this matter, including any applicable proceeding dates, by the number of days of the lapse of appropriations plus two weeks, or other time frame the Court deems appropriate.

5. I have contacted counsel for Defendants, and they do not object to this motion.

WHEREFORE, the Secretary respectfully requests that the Court stay all proceedings in this case, including any applicable deadlines.

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103

(202) 693-9357 (voice)
(202) 693-9392 (fax)
kumar.aditi@dol.gov
sol.phil.docket@dol.gov

Respectfully submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Jonathan L. Snare
Acting Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

*/s/ Alejandro A. Herrera*
Alejandro Herrera
Acting Regional Counsel for ERISA

Aditi Kumar
Senior Trial Attorney
NY Bar # 5771928

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system on October 1, 2025, shall be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

>                             */s/ Alejandro A. Herrera*
>                             Alejandro Herrera
>                             Acting Regional Counsel for ERISA